UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 3:19-cr-156(S1)-J-39MCR

JASON BRIAN GOFF

_____

**UNITED STATES' NOTICE OF
DISCLOSURE OF SUMMARY OF EXPERT TESTIMONY
IN COMPLIANCE WITH RULE 16(a)(1)(G), FED. R. CRIM. P.**

The United States of America, pursuant to Fed. R. Crim. P. 16(a)(1)(G), Fed.

R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, hereby notifies the Court and

defense counsel of its intent to call Homeland Security Investigations Computer

Forensic Analyst (CFA) Van M. Wilson, an expert in the field of computers and

forensic computer examinations, to testify as a witness during the trial of this case.

The following summary is based upon a "Computer Forensic Examination

Memorandum" that was disclosed to defense counsel by email on March 6, 2020.

On March 11, 2020, the United States provided the *curriculum vitae* of this expert to

defense counsel by electronic mail. CFA Wilson is expected to testify at trial

regarding the forensic examination and review of the following items:

**Samsung Galaxy SIII Smartphone, Model SGH-1747, LN 0001**

Once established that the Samsung Galaxy SIII Smartphone (Samsung Galaxy

Phone) was located taped to the inside wall of a locker inside a high school girls' locker

room with the camera lens pointed out of a hole in the locker, CFA Wilson will testify

about his forensic examination of the Samsung Galaxy Phone. Specifically, he will testify that the Samsung Galaxy Phone was powered off when he received it. CFA Wilson performed a physical extraction. CFA Wilson located images of the defendant during the extraction, as well as a video, 20170517_105316.mp4, resident on the mobile device. The noted create date for the video file was May 17, 2017 at 10:53:16 AM, though CFA Wilson will testify that this date and time are not accurate as the Samsung Galaxy Phone had not been updated or connected to cellular service.

CFA Wilson is also expected to testify at trial about the following items collected from the defendant's residence on September 13, 2019:

**ASUS Desktop Computer, SN: A5PDCG001BY (LN 015)**

Using AccessData Forensic Toolkit (FTK), CFA Wilson analyzed an ASUS Desktop Computer (ASUS) from the defendant's residence. Through this examination, CFA Wilson located one primary user account with the user name "Jason." Within the file folder, "Documents," CFA Wilson located a resume of the defendant, Jason B. Goff. The last login date and time was 9/12/2019 at 5:52:37 p.m. CFA Wilson noted new operating software installed on the ASUS on August 11, 2019, which was Windows 10 Prop Operating System, with the registered owner listed as "Jason."

CFA Wilson located a cache folder with a Firefox web browser history on the ASUS. Some URLs led to child exploitive files. Others were indicative of hidden,

spy and motion detector cameras. These include URLs accessed on May 29, 2019, that include, "Spy Cameras – Walmart.com," "spy cameras – Bing," "Amazon.com:Fulens – Mini spy Hidden Camera," "covert spy camera – Bing," "the best spy camera for bedroom – Bing," and "motion detector spy camera – Bing," among others.

CFA Wilson located four database files where child sexual abuse material was recovered (folders which have been deleted). The cached folders stores thumbnails of picture files viewed by the user. All such database files were located within the "Jason" user profile. All of the images, although recoverable, were marked for deletion.

CFA Wilson discovered VLC Media Player artifacts indicative of media files that were viewed in the media player that include file display names, "7yo Girl Head in 01.mp4," "7yo Girl Head in Ride.mp4," 8yo Girl Head in 1(1).mp4," 8yo Girl Head in.mp4," 8yo Girl Pussy Fuck.mp4," "9yo Deep Pussy Penetration.mp4," "9yo Girl Pussy Fucked.mp4," 10yo Girl Pussy Fuck.mp4," "11yo Girl Pussy Fuck Creampie.mp4," and "14yo Girl Pussy Fuck.mp4."

CFA Wilson located a folder called, "Tribler," which revealed the use of a decentralized BitTorrent client used for anonymous peer-to-peer file-sharing with a search engine. CFA Wilson found file names indicative of child sexual abuse material and a sexual interest in children.

CFA Wilson discovered evidence that a Seagate Backup Plus external hard drive had previously been connected to the ASUS, with a last written date of August 12, 2019. Several file names indicative of child sexual abuse material were found to have been stored on the Seagate Backup Plus external hard drive, including, "4yo pedomom.mp4," and "!.New.!.(Pthc).2006.Tara.7Yr.-.Ass.Rape.(Kleuterkutje).Pedo.(Ptsc)….", among others.

CFA Wilson discovered a folder that had been stored on the ASUS "desktop," called "GCSP" located at the file path C:\Users\Jason\Desktop\GCSP. It contained a filed called, "Group Child Sex Play.3gp," that had been deleted on March 24, 2019.

**SanDisk USB Thumb Drive (LN 004)**

CFA Wilson located hundreds of multimedia files of child sexual abuse material on the SanDisk USB Thumb Drive (SanDisk Thumb Drive). CFA Wilson found files still resident on the SanDisk Thumb Drive that had been deleted but not yet overwritten. CFA Wilson found an instance when the SanDisk Thumb Drive had

been inserted into the ASUS as recently as August 12, 2019 when a file was written to the SanDisk Thumb Drive from the ASUS.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    *s/ Kelly S. Karase*
KELLY S. KARASE
Assistant United States Attorney
USA No. 134
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail:    kelly.karase@usdoj.gov

5

**U.S. v. JASON BRIAN GOFF**            **Case No. 3:19-cr-156(S1)-J-39MCR**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Paul Shorstein, Esq.

<u>*s/ Kelly S. Karase*                </u>
KELLY S. KARASE
Assistant United States Attorney

6